## (A. R. D. 15)

## UNITED STATES v. NICHOLAS GAL (GLOBE SHIPPING CO., INC.)

Entry Nos. 720153/1; 708931.

### Third Division, Appellate Term

(Order dated January 27, 1953)

*Charles J. Wagner*, Acting Assistant Attorney General (*Samuel D. Spector*, special attorney), for the appellant, against the motion.

*Eugene R. Pickrell* (*Michael Stramiello, Jr.*, of counsel) for the appellee, for the motion.

Before CLINE, EKWALL, and JOHNSON, Judges; CLINE, J., not participating

### ORDER

EKWALL, Judge: Upon reading and filing appellee's motion for rehearing and reconsideration of the order of this court, dated November 24, 1952, wherein the court denied the motion to dismiss the application for review filed by the appellant herein insofar as it seeks a review of the order of a single judge of the United States Customs Court, dated May 26, 1952 (Reap. Dec. 8119), relating to appeals for reappraisement Nos. 139494–A and 139535–A, and upon reading and filing the memorandum of the appellee in support of the motion herein, and the memorandum of the Government in opposition to this motion,

Now, upon further consideration thereof and of the memorandum filed on behalf of appellee, and in view of the holding in the case of *Cox & Fahner et al.* v. *United States,* 31. C. C. P. A. (Customs) 141, C. A. D. 264, it is the opinion of the court that the order of the single judge severing reappraisements 139494–A and 139535–A from reappraisement 140802–A and ordering said two reappraisement appeals restored to the calendar for futher proof, is an interlocutory order and not appealable, and it is hereby

ORDERED, ADJUDGED, and DECREED that the application for review filed by the United States, appellant, be and the same is hereby dismissed insofar as it seeks a review of the order of a single judge of the United States Customs Court, dated May 26, 1952 (Reap. Dec. 8119), with respect to appeals for reappraisement Nos. 139494–A and 139535–A. The order of this court, dated November 24, 1952, is hereby revoked.